Opinion filed May 30, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00035-CV
_____

## NICHOLAS ROMAN IV, Appellant

## V.

## ELEMENT PETROLEUM, L.P., F/K/A MPI ENERGY PARTNERS, L.P., Appellee

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. CV-46,781**

### M E M O R A N D U M   O P I N I O N

Appellant, Nicholas Roman IV, has filed in this appeal an unopposed motion to dismiss this appeal based upon a settlement agreement entered into by Appellant and Appellee, Element Petroleum, L.P., f/k/a MPI Energy Partners, L.P. Appellant states in his motion that he "no longer wishes to pursue his appeal against Element Petroleum," and he requests that this court "dismiss the appeal against Element

Petroleum with prejudice, with the parties bearing their own costs." The motion is not opposed by Element Petroleum. Therefore, in accordance with Appellant's request, we dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

May 30, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.